```
 1  THOMAS P. O'BRIEN                                    MADE JS-6
    United States Attorney
 2  CHRISTINE C. EWELL                                    FILED
    Assistant United States Attorney
 3  Chief, Criminal Division                             JUN 25 2008
    STEVEN R. WELK
 4  Assistant United States Attorney               Clerk, U.S. District and
    Chief, Asset Forfeiture Section                  Bankruptcy Courts
 5  VICTOR A. RODGERS
    California Bar No. 101281
 6  Assistant United States Attorney           Case: 1:08-cv-01092
    Asset Forfeiture Section                   Assigned To : Sullivan, Emmet G.
 7       Federal Courthouse, 14th Floor        Assign. Date : 6/25/2008
         312 North Spring Street               Description: General Civil
 8       Los Angeles, California 90012
         Telephone:  (213) 894-2569
 9       Facsimile:  (213) 894-7177
         E-mail: Victor.Rodgers@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA

12
                    UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                         WESTERN DIVISION
15
    UNITED STATES OF AMERICA,  )   No. CV 08-00576 GW(JCx)
16                             )
              Plaintiff,       )   ORDER VACATING JULY 7, 2008
17                             )   SCHEDULING CONFERENCE AND
         v.                    )   TRANSFERRING THIS ACTION TO
18                             )   UNITED STATES DISTRICT COURT
    $58,772.31 IN U.S.         )   FOR THE DISTRICT OF COLUMBIA
19  CURRENCY AND $50,615.89 IN )
    BANK FUNDS SEIZED FROM ONE )
20  EAST WEST BANK ACCOUNT,    )
                               )
21            Defendants.      )
                               )
22  _____)
                               )
    ZHENLI YE GON,             )
23                             )
              Claimant.        )
24  _____)

25

26

27

28
```

I hereby attest and certify on 6/12/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK            1198

1     Pursuant to the stipulation and request of the parties, and
2 good cause appearing therefor, IT IS HEREBY ORDERED that:
3     1. The Scheduling Conference presently set for July 7, 2008
4 at 8:30 a.m. is vacated and taken off calendar; and
5     2. This action is transferred to the United States District
6 Court for the District of Columbia. The Clerk of this Court is
7 authorized to transfer all the pleadings and papers filed in this
8 action to the Clerk of the United States District Court for the
9 District of Columbia.

10 DATED: June 10, 2008

                *[signature]*

11     THE HONORABLE GEORGE H. WU
    United States District Judge

13 Presented by:

14 THOMAS P. O'BRIEN
    United States Attorney
15 CHRISTINE C. EWELL
    Assistant United States Attorney
16 Chief, Criminal Division
    STEVEN R. WELK
17 Assistant United States Attorney
    Chief, Asset Forfeiture Section

19 /s/ Victor A. Rodgers
20 VICTOR A. RODGERS
    Assistant United States Attorney

    Attorneys for Plaintiff
22 UNITED STATES OF AMERICA


    MARTIN McMAHON & ASSOCIATES


25
    /s/ Todd Gallinger
26 TODD GALLINGER

27 Attorneys for Claimant
    ZHENLI YE GON
28

(JCx), CLOSED, DISCOVERY, MANADR, RELATED-G, TRANSFERRED

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:08-cv-00576-GW-JC

United States of America v. $58,772.31 IN U.S. CURRENCY et al
Assigned to: Judge George H Wu
Referred to: Magistrate Judge Jacqueline Chooljian
Related Case: 2:07-cv-07194-GW-JC
Cause: 21:881 Forfeiture Property-Drugs

Date Filed: 01/29/2008
Date Terminated: 06/10/2008
Jury Demand: Defendant
Nature of Suit: 625 Drug Related Seizure of Property
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**       represented by  **Victor Augustus Rodgers, Jr**
AUSA - Office of US Attorney
Asset Forfeiture Division
312 N Spring Street 14th Fl
Los Angeles, CA 90012
213-894-2434
Fax: 213-894-7177
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**$58,772.31 IN U.S. CURRENCY**

**Defendant**

**$50,615.89 In Bank Funds Seized from East West Bank Account**



I hereby attest and certify on 6/12/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK                    1198

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2008 | 1 | COMPLAINT against Defendants $58,772.31 IN U.S. CURRENCY, $50,615.89 In Bank Funds Seized from East West Bank Account. (Filing fee: NO FEE REQUIRED.), filed by Plaintiff United States of America. (et) Additional attachment(s) added on 2/4/2008 (lra, ). (Entered: 02/02/2008) |
| 01/29/2008 | 2 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 02/02/2008) |
| 01/29/2008 |   | FAX number for Attorney Victor Augustus Rodgers, Jr is 213-894-7177. (et) (Entered: 02/02/2008) |
| 01/29/2008 | 4 | NOTICE of Related Case(s) filed by Plaintiff United States of America. Related Case(s): CV 07-7194 GW (JCx) (rn) (Entered: 02/06/2008) |
| 01/31/2008 | 3 | INITIAL CASE STANDING ORDER by Judge S. James Otero. (rmo) (Entered: 02/04/2008) |
| 02/12/2008 | 5 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07-02 -Related Case- filed. Related Case No: CV 07-7194 GW (JCx). Case transferred from Judge S. James Otero and |

| | | |
|---|---|---|
| | | Suzanne H. Segal to Judge George H Wu and Jacqueline Chooljian for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 08-0576 GW (JCx).Signed by Judge George H Wu (rn) (Entered: 02/12/2008) |
| 02/25/2008 | 6 | STANDING ORDER REGARDING FINAL PRE-TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H WU (see attached order) by Judge George H Wu, (pj) (Entered: 02/28/2008) |
| 04/03/2008 | 7 | PROCESS RECEIPT AND RETURN (USM-285) of complaint/notice/Warrant 1 upon $58,772.31 IN U.S. CURRENCY served on 3/25/2008, answer due 4/14/2008; $50,615.89 In Bank Funds Seized from East West Bank Account served on 3/25/2008, answer due 4/14/2008, Remarks: Seized 58,772.1 and 50,615.89 on 3/25/2008. (pj) (Entered: 04/08/2008) |
| 04/14/2008 | 8 | STATEMENT *OF ZHENLI YE GON'S INTEREST IN THE DEFENDANT PROPERTIES, VERIFIED* (Gallinger, Todd) (Entered: 04/14/2008) |
| 05/05/2008 | 9 | ANSWERJURY DEMAND. filed by Claimant Zhenli Ye Gon.(Gallinger, Todd) (Entered: 05/05/2008) |
| 05/14/2008 | 10 | SERVICE OF SUMMONS AND COMPLAINT by Publication was made on 04/09/2008 and 4/16/2008 upon all defendants/interested parties; last date of publication 4/23/2008, answer due 5/13/2008. Publication was made in the LOS ANGELES DAILY JOURNAL. (ps) (Entered: 05/16/2008) |
| 05/14/2008 | 11 | PROCESS RECEIPT AND RETURN (USM-285) of PUBLICATION (Discovery) 1 Remarks: Published in the Los Angeles Daily Journal. (pj) (Entered: 05/19/2008) |
| 05/20/2008 | 12 | MINUTES OF IN CHAMBERS ORDER held before Judge George H. Wu: Set/Reset Deadlines/Hearings: Scheduling Conference set for 7/7/2008 8:30 AM before Judge George H. Wu. (ps) (Entered: 05/20/2008) |
| 05/23/2008 | 13 | STIPULATION to Vacate *July 7, 2008 Scheduling Conference and Transfer Action to United States District Court for the District of Columbia* filed by PLAINTIFF United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order Vacating July 7, 2008 Scheduling Conference and Transferring this Action to United States District Court for the District of Columbia)(Rodgers, Victor) (Entered: 05/23/2008) |
| 06/10/2008 | 14 | ORDER by Judge George H Wu that the Scheduling Conference presently set for 7/7/2008 at 8:30 AM., is vacated and taken off calendar; and This action is transferred to the USDC, District of Columbia at Washington. The Clerk of this Court is authorized to transfer all the pleadings and papers filed in this action to the Clerk of the USDC, District of Columbia. Certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (Attachments: # 1 CV-22 Transmittal Letter - Civil Case Transfer Out) (jp) (Entered: 06/12/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/12/2008 14:36:23 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cv-00576-GW-JC End date: 6/12/2008 |
| Billable Pages: | 3 | Cost: | 0.24 |

# CIVIL COVER SHEET
JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS  U.S.A. | DEFENDANTS  $58,772.31, ET AL |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888  (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____  (IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | Case: 1:08-cv-01092  Assigned To : Sullivan, Emmet G.  Assign. Date : 6/25/2008  Description: General Civil |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ⊗ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane  ☐ 315 Airplane Product Liability  ☐ 320 Assault, Libel & Slander  ☐ 330 Federal Employers Liability  ☐ 340 Marine  ☐ 345 Marine Product Liability  ☐ 350 Motor Vehicle  ☐ 355 Motor Vehicle Product Liability  ☐ 360 Other Personal Injury  ☐ 362 Medical Malpractice  ☐ 365 Product Liability  ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act  Social Security:  ☐ 861 HIA ((1395ff)  ☐ 862 Black Lung (923)  ☐ 863 DIWC/DIWW (405(g)  ☐ 864 SSID Title XVI  ☐ 865 RSI (405(g)  Other Statutes  ☐ 891 Agricultural Acts  ☐ 892 Economic Stabilization Act  ☐ 893 Environmental Matters  ☐ 894 Energy Allocation Act  ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.  *(If Antitrust, then A governs)* |

## ■ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| Real Property  ☐ 210 Land Condemnation  ☐ 220 Foreclosure  ☐ 230 Rent, Lease & Ejectment  ☐ 240 Torts to Land  ☐ 245 Tort Product Liability  ☐ 290 All Other Real Property  Personal Property  ☐ 370 Other Fraud  ☐ 371 Truth in Lending  ☐ 380 Other Personal Property Damage  ☐ 385 Property Damage Product Liability  Bankruptcy  ☐ 422 Appeal 28 USC 158  ☐ 423 Withdrawal 28 USC 157 | Immigration  ☐ 462 Naturalization Application  ☐ 463 Habeas Corpus- Alien Detainee  ☐ 465 Other Immigration Actions  Prisoner Petitions  ☐ 535 Death Penalty  ☐ 540 Mandamus & Other  ☐ 550 Civil Rights  ☐ 555 Prison Condition  Property Rights  ☐ 820 Copyrights  ☐ 830 Patent  ☐ 840 Trademark  Federal Tax Suits  ☐ 870 Taxes (US plaintiff or defendant | ☐ 871 IRS-Third Party 26 USC 7609  Forfeiture/Penalty  ☐ 610 Agriculture  ☐ 620 Other Food & Drug  ■ 625 Drug Related Seizure of Property 21 USC 881  ☐ 630 Liquor Laws  ☐ 640 RR & Truck  ☐ 650 Airline Regs  ☐ 660 Occupational Safety/Health  ☐ 690 Other  Other Statutes  ☐ 400 State Reapportionment  ☐ 430 Banks & Banking  ☐ 450 Commerce/ICC Rates/etc. | ☐ 460 Deportation  ☐ 470 Racketeer Influenced & Corrupt Organizations  ☐ 480 Consumer Credit  ☐ 490 Cable/Satellite TV  ☐ 810 Selective Service  ☐ 850 Securities/Commodities/ Exchange  ☐ 875 Customer Challenge 12 USC 3410  ☐ 900 Appeal of fee determination under equal access to Justice  ☐ 950 Constitutionality of State Statutes  ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)  — O — |

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ■ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

*USDC CDC*

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*18 USC 981*

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** ☐ YES  ■ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ■ YES  ☐ NO    If yes, please complete related case form.

**DATE** 6/25/08    **SIGNATURE OF ATTORNEY OF RECORD** *VCD*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I \forms\js-44.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_UNITED STATES OF AMERICA_

v.                                                          Civil Action No. 08 1092

_$58,772.31 IN U.S. CURRENCY,_
                _ET AL_

JUN 25 2008

The above entitled action, transferred from the U.S. District Court for the _CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)_, has been received and filed. It was assigned to Judge _SULLIVAN_. Any subsequent pleadings filed must contain both our civil action number and the initials of the judge assigned this action.

To assist the Clerk's Office in properly recording all counsel of record and to ensure that each counsel entered is authorized to practice before this Court pursuant to Local Civil Rule 83.8, counsel for all parties must enter their appearance in accordance with our Local Civil Rule 83.6. Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
   Deputy Clerk

cc: _VICTOR A. RODGERS, JR._

*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  Plaintiff(s),  vs.  $58,772.31 IN U.S. CURRENCY et al, Defendant(s). | Civil Case No: 08-CV-1092 -EGS |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibit has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk Terri C Barrett

**Date:** June 26, 2008